## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**REGINA COURTNEY**                                **CIVIL ACTION**

**VERSUS**                                         **NO. 16-872-JWD-RLB**

**PIGGLY WIGGLY, ET AL.**

## NOTICE

Please take notice that the attached Magistrate Judge's Report and Recommendations has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have fourteen (14) days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on September 26, 2018.

                                                                    _____
                                                                    **RICHARD L. BOURGEOIS, JR.**
                                                                    **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINA COURTNEY                                                  CIVIL ACTION

VERSUS                                                           NO. 16-872-JWD-RLB

PIGGLY WIGGLY, ET AL.

## REPORT AND RECOMMENDATION

The plaintiff, proceeding pro se and in forma pauperis, filed the complaint on December 28, 2016. On August 16, 2017, the plaintiff filed a Motion for Clerk's Entry of Default. (R. Doc. 15). The Clerk granted the entry of default on August 16, 2017. (R. Doc. 16). The Plaintiff's Motion for Default Judgment was later denied, and this matter was referred to the undersigned for a scheduling conference with the parties. (R. Doc. 25).

This court issued an order setting a scheduling conference for May 9, 2018 and ordered that a joint status report be filed by May 2, 2018. The order stated that it was the duty of the plaintiff to prepare, sign, and file the status report in accordance with Attachment A. (R. Doc. 26). The plaintiff did not file the joint status report. On May 9, 2018, this court held a telephone scheduling conference with the parties. Plaintiff advised that she had been preoccupied with filing for bankruptcy in the Western District of Louisiana. The Court ordered the plaintiff to file the Joint Status Report on or before May 16, 2018. The court stated that "Failure to Comply with this (second) Order to do so may result in sanctions against the Plaintiff." (R. Doc. 27). The plaintiff failed to file the Joint Status Report.

On June 15, 2018, this court issued an order for the plaintiff to show cause, in writing, by June 29, 2018 why sanctions should not be imposed against the plaintiff, Regina Courtney, for the plaintiff's failure to file the joint status report as directed. If the status report was filed by

June 29, 2018, then no response was due from the plaintiff to the order to show cause. (R. Doc. 28). The plaintiff has failed to file the joint status report.

Fed. R. Civ. P. 16 provides that "On motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party or its attorney: (A) fails to appear at a scheduling or other pretrial conference; (B) is substantially unprepared to participate—or does not participate in good faith—in the conference; or (C) fails to obey a scheduling or other pretrial order.

Plaintiff has taken no other action in this case since the May 9, 2018 conference and has repeatedly ignored orders issued by the court. As a practical matter, the case cannot proceed against the defendants if the plaintiff does not prosecute it or respond to the court's orders regarding disposition of the case. Plaintiff's failure to prosecute her own claims effectively deprives the defendants of the opportunity to defend themselves from the allegations made against them. The plaintiff has repeatedly failed to respond to court orders and has failed to prosecute this action.

## RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed without prejudice.

Signed in Baton Rouge, Louisiana, on September 26, 2018.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**