UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINA COURTNEY

VERSUS

PIGGLY WIGGLY, ET AL.

CIVIL ACTION

NO. 16-872-JWD-RLB

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 26, 2018, to which no opposition was filed;

**IT IS ORDERED** that plaintiff's complaint be dismissed without prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 11, 2018</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA